```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  KAREN A. ESCOBAR
    Assistant U.S. Attorney
 3  2500 Tulare Street
    Room 4401
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5

 6

 7

 8

 9            IN THE UNITED STATES DISTRICT COURT FOR THE

10                    EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) Case No. 1:05-cr-00204 AWI
                                 )
13                  Plaintiff,   )
                                 ) STIPULATION TO CONTINUE
14            v.                 ) STATUS CONFERENCE AND
                                 ) ORDER
15  IGNACIO CALDERON and         )
    ZEBEDEE WHITE,               )
16                               )
                    Defendant.   )
17                               )
    _____)
18

19      IT IS HEREBY STIPULATED by and between Assistant United

20  States Attorney, KAREN A. ESCOBAR, MARK COLEMAN, defense counsel

21  for IGNACIO CALDERON, and MARIO DiSALVO, defense counsel for

22  ZEBEDEE WHITE, that the status conference currently set for July

23  3 be continued to July 24, 2006 at 9:00 a.m.

24  Dated: June 27, 2006              Respectfully submitted,

25                                    McGREGOR W. SCOTT
                                      United States Attorney
26

27                                    By:    /s/ Karen A. Escobar
                                      KAREN A. ESCOBAR
28                                    Assistant U.S. Attorney
```

| | |
|---|---|
| Dated: June 27, 2006 | /s/ Mark Coleman<br>MARK COLEMAN<br>Attorney for<br>IGNACIO CALDERON |
| Dated: June 27, 2006 | /s/ Mario DiSalvo<br>MARIO DiSALVO<br>Attorney for<br>ZEBEDEE WHITE |

**ORDER**

IT IS SO ORDERED.

**Dated:   June 27, 2006**            **/s/ Anthony W. Ishii**
0m8i78                                               UNITED STATES DISTRICT JUDGE